IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
WM. WRIGLEY JR. COMPANY, :
a Delaware corporation :
: Civ. Action No. 1:04-cv-00346
Plaintiff, : Judge: Hon. Robert M. Dow Jr.
:
v. :
:
CADBURY ADAMS USA LLC, :
a Delaware limited liability company :
:
Defendant. :
---------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a), Wm. Wrigley Jr. Company ("Wrigley") and Cadbury Adams USA LLC ("Cadbury Adams"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the remaining claims and counterclaims between Cadbury Adams and Wrigley as follows:

1. Wrigley's Remaining Claims Dismissed With Prejudice:

    a. Wrigley's claim of patent infringement of U.S. Patent No. 6,627,233 ("the '233 patent") (Complaint, Dkt. 1, ¶12-18)

    b. Antitrust under Sherman Act (Joint Status Report, Dkt. 318 ("JSR")[1], p. 2; Wrigley's Reply and Counterclaims to Cadbury's Fourth Amended Answer and Counterclaim, Dkt. 75 ("WR"), ¶97-110)

    c. False Marking Under the Patent Act (JSR p. 2; WR ¶ 111-117)

---

[1] In the cited Joint Status Report, the parties summarized the claims not addressed by the Court's summary judgment ruling. The Court repeated this summary in its ruling certifying the summary judgment ruling for appeal under Rule 54. (Dkt. 329 at p. 4).

    d.    Lanham Act Violation (JSR p. 2; WSR ¶ 118-124)

    e.    Declaratory Judgment for Non-Infringement of U.S. Patent No. 5,009,893 ("the '893 patent") by Wrigley (JSR p. 2; WR ¶ 125-127)

    f.    Declaratory Judgment of Unenforceability due to patent misuse by Cadbury concerning the '893 Patent (JSR p. 2; WR ¶ 128-132).

2. Cadbury's Remaining Claims Dismissed With Prejudice:

    a.    Willful infringement of the '893 Patent concerning Wrigley experimental formulations (JSR p. 2; FAAC ¶15-20).

    b.    Infringement of the '893 patent concerning Wrigley commercial mint products (JSR p. 2; FAAC ¶15-20).

3. Cadbury's Remaining Claim Dismissed Without Prejudice:

    a.    Cadbury's claim for Declaratory Judgment of Unenforceability of the '233 patent" (JSR p. 2; Fourth Amended Answer and Counterclaims ("FAAC"), Dkt. 66, ¶10-14).

Each party agrees to bear its own costs and attorney's fees.

Dated: October 16, 2012

Agreed to:

| *Cadbury Adams USA LLC* | *Wm. Wrigley Company* |
|---|---|
| | |
| /s/ James Bollinger | /s/ James V. Suggs |
| James M. Bollinger | James V. Suggs |
| Troutman Sanders LLP | McDonnell Boehnen Hulbert & Berghoff LLP |
| The Chrysler Building | 300 South Wacker Drive |
| 405 Lexington Avenue | Chicago, IL 60606 |
| New York, NY 10174-0700 | (312) 913-2140 |
| (212) 704-6000 | *Attorneys for Wm. Wrigley Company* |
| *Attorneys for Cadbury Adams USA LLC* | |

20163679v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of October, 2012, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following:

James V. Suggs
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

Jason Engel
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL  60602

/s/ James Bollinger
James M. Bollinger
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0700

20163679v1